UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CASE NO.: 8:18-cv-1684-T-23MAP

DANNY J. CHILDS,

    Defendant.

_____/

## DEFENDANT'S MOTION TO STAY CASE

COMES NOW, DANNY J. CHILDS, Defendant, by and through the undersigned counsel, and hereby files this Motion to Stay Case in the above-referenced matter, and in support hereof states:

1. On July 6, 2018, Plaintiff instituted this action by filing a Complaint.

2. Defendant was served on July 17, 2018.

3. Defendant recently retained the undersigned counsel, and is currently in the process of applying, with the assistance of counsel, for a Total and Permanent Disability ("TPD") discharge of the student loans at issue in this case.

4. Defendant is in need of additional time in order to file the TPD application, and for the U.S. Department of Education ("DOE") to review said application.

5. Therefore, Defendant respectfully requests that this case be stayed until the DOE issues a decision on Defendant's TPD application.

WHEREFORE, Defendant respectfully requests that this Court grant the Motion, stay this case until the DOE issues a decision on Defendant's TPD application, and any further relief that this

Court deems just and proper.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via e-mail to the following, on August 6, 2018:

Steven M. Davis, Esq.
Becker & Poliakoff, P.A.
sdavis@becker-poliakoff.com

/s/ *Christie D. Arkovich*
Christie D. Arkovich, Esq.
Florida Bar No. 963690
christie@christiearkovich.com
Barbara C. Leon, Esq.
Florida Bar No. 582115
barbara@christiearkvoich.com
CHRISTIE D. ARKOVICH, P.A.
1520 W. Cleveland St.
Tampa, Florida 33606
(813) 258-2808
(813) 258-5911 (Facsimile)
Attorneys for Defendant(s)
Service email: cdalaw@christiearkovich.com