UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:18-cv-1684-T-23MAP

DANNY CHILDS

**STIPULATED DISMISSAL OF CLAIM**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the United States and Danny Childs stipulate and agree to the voluntarily dismissal of this action without prejudice.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: /s/ *Jillian M. Jewell*
JILLIAN M. JEWELL
Assistant United States Attorney
Florida Bar No. 112974
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6038
Facsimile:  (813) 274-6247
E-Mail: FLUDocket.mailbox@usdoj.gov

/s/ *Christie D. Arkovich*
CHRISTIE D. ARKOVICH
Counsel for Defendant
1520 W. Cleveland St.
Tampa, FL 33606
Telephone: (813) 258-2808
E-Mail: Christie@christiearkovich.com

## **CERTIFICATE OF SERVICE**

I certify that on February 4, 2019, I electronically filed the foregoing with the Clerk of the Clerk of Court by using the CM/ECF system, which will send a notice to all parties of record.

                                                   */s/ Jillian M. Jewell*
                                                   Assistant United States Attorney